

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2018

No. 04-18-00770-CR

Mario Anthony **GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2037
Honorable Joey Contreras, Judge Presiding

# O R D E R

Yvonne O'Bar's notification of late record is hereby GRANTED. The reporter's record is due no later than January 28, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2018.

_____
Keith E. Hottle
Clerk of Court